In the Matter of OTTAVIO NATALICCHIO, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and SALVATORE LOSI, Intervener, Respondent.

Argued November 24, 1952; decided January 15, 1953.

*Robert R. Kaufman* for appellant.

*John V. Browne* and *Robert H. Schaffer* for State Rent Administrator, respondent.

*Irving A. Oremland* for intervener-respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.